FILED BY _____ D.C.

DEC 01 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-14035-JEM(s)
18 U.S.C. § 371
18 U.S.C. § 922(a)(1)(A)
18 U.S.C. § 554
18 U.S.C. § 922(e)
18 U.S.C. § 922(g)(5)(B)
18 U.S.C. § 924(d)(1)
18 U.S.C. § 981(a)(1)(C)

UNITED STATES OF AMERICA

vs.

JORGE CHICA-GILER
and
ROLANDO ALEXEI PUPO-ABRAHANTES,

           Defendants.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy
### (18 U.S.C. § 371)

From in or around December 2020, the exact date being unknown to the Grand Jury, and continuing through in or around August 2021, in St. Lucie, Martin, Broward, and Miami-Dade Counties, in the Southern District of Florida and elsewhere, including the country of Ecuador, the defendants,

**JORGE CHICA-GILER
AND
ROLANDO ALEXEI PUPO-ABRAHANTES,**

did knowingly and willfully combine, conspire, confederate, and agree with parties known and unknown to the Grand Jury, to commit any offense against the United States, that is:

(a) to willfully engage in the business of dealing in firearms in foreign commerce, being other than a licensed importer, manufacturer, and dealer and in the course of such business to ship, transport, and receive any firearm in foreign commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 924(a)(1)(D);

(b) to fraudulently and knowingly export and send from the United States to a place outside thereof, that is, Ecuador, any merchandise, article, and object, that is, one or more firearms, and conceal and facilitate the transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, that is, Title 18, United States Code, Sections 922(e) and 924(a)(1)(D), in violation of Title 18, United States Code, Section 554; and

(c) to knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person, other than a licensed importer, manufacturer, dealer, and collector, a package and other container in which there was a firearm, without written notice to the carrier that such firearm was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e) and 924(a)(1)(D).

### **OBJECT AND PURPOSE OF THE CONSPIRACY**

It was an object and purpose of the conspiracy for the defendants and their co-conspirators to enrich themselves by illegally shipping firearms to Ecuador, via common or contract carrier, and other means, and reselling the firearms in Ecuador.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

1. **JORGE CHICA-GILER** exported firearms by secreting them inside of compressed air tanks and shipping the tanks using a freight forwarder to Ecuador.

2. A freight forwarder is a company that organized the shipment of goods. An international freight forwarder is considered the "functional equivalent of the boarder" because they are the last practicable detention point for a package.

3. Known and unknown co-conspirators purchased firearms from a variety of sources within the State of Florida.

4. **JORGE CHICA-GILER** concealed and arranged for the concealment of firearms inside compressed air tanks that were welded, painted, and re-boxed to appear to be unaltered air tanks packaged for international shipment.

5. **ROLANDO ALEXEI PUPO-ABRAHANTES** cut open the compressed air tanks, put the firearms inside, re-welded the tanks, and repainted the tanks, concealing the modification.

6. **JORGE CHICA-GILER** and known and unknown co-conspirators arranged for freight forwarders in Miami, Florida to receive the packages and ship them to Ecuador.

7. Known and unknown co-conspirators received the packages in Ecuador and sold the firearms in Ecuador and elsewhere.

## OVERT ACTS

In furtherance of the conspiracy and to achieve the objects and purposes thereof, at least one of the co-conspirators committed and caused to be committed, in the Southern District of Florida, at least one of the following overt acts, among others:

3

8. On or about January 19, 2021, a known co-conspirator purchased a Pioneer Arms Sporter 7.62 caliber firearm, a Glock Model 19 9mm firearm, and a DEL-TON INC Sierra 5.56 caliber firearm from a Federal Firearms Licensee, and later sold these firearms to **JORGE CHICA-GILER.**

9. On or about January 20, 2021, a known co-conspirator purchased a Romania Draco 7.62 caliber firearm, an American Tactical ATI 12-gauge shotgun, a GSG GS .22 caliber firearm, a Glock Model 34 9mm firearm, a Smith and Wesson M&P 9 9mm firearm, and a Ruger 57 5.57 caliber firearm from a Federal Firearms Licensees at **JORGE CHICA-GILER's** direction, and later sold these firearms to **JORGE CHICA-GILER.**

10. On or about January 27, 2021, a known co-conspirator purchased five (5) Anderson MFG AM-15 firearms from a Federal Firearms Licensee, and later sold these firearms to **JORGE CHICA-GILER.**

11. On or about February 1, 2021, a known co-conspirator purchased three (3) Tactical Life LLC TL-15 firearms, a CZ Scorpion EVO 3 S1 9mm firearm, and a Springfield Armory Saint 5.56 caliber firearm from a Federal Firearms Licensee, and later sold these firearms to **JORGE CHICA-GILER.**

12. On or about February 2, 2021, a known co-conspirator purchased a Pioneer Arms HellPup 7.62 caliber firearm, a Rock River Arms LAR-15 5.56 caliber firearm, and a CZ Scorpion 9mm firearm from a Federal Firearms Licensee, and later sold these firearms to **JORGE CHICA-GILER.**

13. On or about February 16, 2021, a known co-conspirator purchased a Glock Model 19 9mm firearm and a Century Arms VSKA AK-47 7.62 caliber firearm from a Federal Firearms Licensee, and later sold these firearms to **JORGE CHICA-GILER.**

14. On or about August 2, 2021, **JORGE CHICA-GILER** purchased two cans of black spray paint, one masonry cutting wheel, two 11-gallon portable air tanks, and one welding blanket from Harbor Freight.

15. On or about August 3, 2021, **JORGE CHICA-GILER** traveled to a freight forwarder located in Miami, Florida, placed two boxes on the loading dock, and submitted them for shipment to Ecuador without disclosing the true contents of the packages. The packages contained seven manufactured AR style semiautomatic handguns, one handgun, one "HS PRODUKT" model XDM, 10mm handgun, serial number BY527287, and three rifle lower receivers.

16. On or about August 3, 2021, **JORGE CHICA-GILER** filled out a shipping form for the above-described package and left the "description" section blank.

17. On or between January 22, 2021 and August 3, 2021, **ROLANDO ALEXEI PUPO-ABRAHANTES** did obtain and modify compressed air tanks for the purpose of concealing firearms inside, including seven manufactured AR style semiautomatic handguns, one handgun, one "HS PRODUKT" model XDM, 10mm handgun, serial number BY527287, and three rifle lower receivers.

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
**Engaging in the Business of Dealing Firearms Without a License**
**(18 U.S.C. § 922(a)(1)(A))**

From in or around December 2020, through in or around August 2021, in St. Lucie, Martin, Broward, and Miami-Dade Counties, in the Southern District of Florida and elsewhere, including the country of Ecuador, the defendants,

**JORGE CHICA-GILER**
**AND**
**ROLANDO ALEXEI PUPO-ABRAHANTES,**

did willfully engage in the business of dealing in firearms in foreign commerce, being other than a licensed importer, manufacturer, and dealer, and in the course of such business did ship, transport, and receive any firearm in foreign commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D) and 2.

## COUNT 3
**Smuggling Firearms From the United States**
**(18 U.S.C. § 554)**

On or about August 3, 2021, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendants,

**JORGE CHICA-GILER**
**AND**
**ROLANDO ALEXEI PUPO-ABRAHANTES,**

did fraudulently and knowingly export and send from the United States to a place outside thereof, that is, Ecuador, any merchandise, article, and object, that is a HS Produkt, XDM, 10mm handgun, serial number BY527287; seven (7) "AR style" semiautomatic pistols without serial numbers; an un-serialized semiautomatic pistol; an American Tactical Imports, MIL-Sport lower receiver, serial number MSA000880; and two (2) un-serialized rifle lower receivers, and did conceal and facilitate the transportation and concealment of such merchandise, article, and object prior to exportation, knowing the same to be intended for exportation, contrary to any law and regulation of the United States, that is, Title 18, United States Code, Sections 922(e) and 924(a)(1)(D), in violation of Title 18, United States Code, Sections 554 and 2.

6

## COUNT 4
### Delivery of a Firearm to a Common Carrier Without Written Notification
### (18 U.S.C. § 922(e))

On or about August 3, 2021, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**JORGE CHICA-GILER,**

did knowingly and willfully deliver and cause to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to a person, other than a licensed importer, manufacturer, dealer, and collector, a package and other container in which there was a firearm, without written notice to the carrier that such firearm was being transported and shipped, in violation of Title 18, United States Code, Sections 922(e), 924(a)(1)(D), and 2.

## COUNT 5
### Possession of a Firearm by an Unlawful Alien
### (18 U.S.C. § 922(g)(5)(B))

On or about August 3, 2021, in Miami-Dade County, in the Southern District of Florida and elsewhere, the defendant,

**JORGE CHICA-GILER,**

Being an alien admitted to the United States under a nonimmigrant visa, did knowingly possess a firearm in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(5)(B).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **JORGE CHICA-GILER and ROLANDO ALEXEI PUPO-ABRAHANTES**, has an interest.

2. Upon conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Sections 922 or 924, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

3. Upon a conviction of a violation, or conspiracy to commit a violation, of Title 18, United States Code, Section 554, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to such offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 981(a)(1)(C) and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
CHRISTOPHER HUDOCK
ASSISTANT UNITED STATES ATTORNEY

8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JORGE CHICA-GILER and
ROLANDO ALEXEI PUPO-ABRAHANTES,

_____ Defendants/

CASE NO. 21-CR-14035-JEM(s)

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [✓] FTP

New defendant(s)  [✓] Yes  [ ] No
Number of new defendants  1
Total number of counts  5

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **Yes**
   List language and/or dialect **Spanish**

4. This case will take **7** days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days     [ ]
   - II  6 to 10 days    [✓]
   - III 11 to 20 days   [ ]
   - IV  21 to 60 days   [ ]
   - V   61 days and over [ ]

   (Check only one)
   - Petty         [ ]
   - Minor         [ ]
   - Misdemeanor   [ ]
   - Felony        [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **Yes**
   If yes: Judge **Jose E. Martinez**  Case No. **21-CR-14035-JEM**
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **Yes**
   If yes: Magistrate Case No. **21-MJ-060-SMM**
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of **N/A**
   Defendant(s) in state custody as of **N/A**
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

CHRISTOPHER H. HUDOCK
Assistant United States Attorney
FLA Bar No.     92454

*Penalty Sheet(s) attached                                REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-14035-JEM(s)

PENALTY SHEET

Defendant's Name: JORGE CHICA-GILER

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy | 18 U.S.C. § 371 | 5 years<br>3 years supervised release<br>$250,000 fine<br>$100 Special assessment |
| 2 | Dealing in Firearms Without a License | 18 U.S.C. § 922(a)(1)(A) | 5 years<br>3 years supervised release<br>$250,000 fine<br>$100 Special assessment |
| 3 | Smuggling Goods From the United States | 18 U.S.C. § 554 | 10 years<br>3 years supervised release<br>$250,000 fine<br>$100 Special assessment |
| 4 | Failure to Notify Common Carrier of Shipped Firearm | 18 U.S.C. § 922(e) | 5 years<br>3 years supervised release<br>$250,000 fine<br>$100 Special assessment |
| 5 | Possession of a Firearm by a Person Admitted into the United States by a non-immigrant visa | 18 U.S.C. § 922(g)(5)(B) | 10 years<br>3 years supervised release<br>$250,000 fine<br>$100 Special assessment |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CR-14035-JEM(s)

PENALTY SHEET

Defendant's Name: ROLANDO ALEXEI PUPO-ABRAHANTES

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1 | Conspiracy | 18 U.S.C. § 371 | 5 years<br>3 years supervised release<br>$250,000 fine<br>$100 Special assessment |
| 2 | Dealing in Firearms Without a License | 18 U.S.C. § 922(a)(1)(A) | 5 years<br>3 years supervised release<br>$250,000 fine<br>$100 Special assessment |
| 3 | Smuggling Goods From the United States | 18 U.S.C. § 554 | 10 years<br>3 years supervised release<br>$250,000 fine<br>$100 Special assessment |