UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case Number:  21-14035-CR-MARTINEZ

UNITED STATES OF AMERICA,

vs.

JORGE CHICA-GILER,

     Defendant.

_____/

## ORDER ON MOTION TO AUTHORIZE EXPENSES

**THIS CAUSE** came before the Court on Defendant Jorge Chica-Giler's Motion to Authorize Lodging and Per Diem Expenses ("Motion to Authorize Expenses").  (ECF No. 140). After careful consideration, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Authorize Expenses, (ECF No. 140), is **GRANTED as stated herein**.  CJA counsel for Defendant Jorge Chica-Giler shall be reimbursed for lodging and per diem expenses incurred during the pendency of the trial scheduled in this matter, beginning August 29, 2022, **subject to CJA Administration guidelines and procedures**.  Counsel must coordinate his lodging through the appropriate travel agency designated by CJA Administration.  To be reimbursed for expenses, counsel must provide statements to CJA Administration in support of his claim.  *See* Guide to Judiciary Policy, Vol. 7, Defender Services, Part A, Chapter 2: Appointment and Payment of Counsel §§ 230.60, 230.63, 230.66.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of August, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to: All Counsel of Record