1                   UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
2                     FORT PIERCE DIVISION

3               CASE NO. 21-CR-14035-MARTINEZ

4

      **UNITED STATES OF AMERICA,**   .
5                                 .
      Plaintiff,            .
6                                 .
           vs.               .
7                                 .
      **JORGE CHICA-GILER,**       .  Fort Pierce, FL
8                                 .  August 29, 2022

9      Defendant.            .

10
                  CHANGE of PLEA PROCEEDINGS
11           BEFORE THE HONORABLE JOSE E. MARTINEZ
                UNITED STATES DISTRICT JUDGE
12

13    APPEARANCES:                **CHRISTOPHER HUDOCK**
                            United States Attorney's Office
14                            101 S. Highway 1
                            Suite 3100
15                            Fort Pierce, FL 34950
                            786-360-9806
16

    FOR THE DEFENDANT:       **JACOB A. COHEN, ESQ.**
17                            Law Offices of Jacob A. Cohen
                            750 S. Dixie Highway
18                            Boca Raton, FL 33432
                            561-715-7866
19

20    Official Court Reporter:  Pauline A. Stipes
                            West Palm Beach/Ft. Pierce, Fl
21                            HON. ROBIN L. ROSENBERG
                            561-803-3434
22

23

24

25

```
 1              THE COURTROOM DEPUTY:  All rise.  Court is now in
 2      session for the Southern District of Florida, the Honorable
 3      Jose Martinez presiding.
 4              THE COURT:  You may be seated.
 5              THE COURTROOM DEPUTY:  Case Number
 6      21-14035-CR-Martinez, United States of America versus Jorge
 7      Chica-Giler.  Counsel, please state your name for the record,
 8      starting with the Government.
 9              MR. HUDOCK:  Good morning, your Honor, Chris Hudock on
10      behalf of the United States.
11              MR. COHEN:  Your Honor, good morning, Jacob Cohen on
12      behalf of Jorge Chica-Giler, who is on my right.
13              THE COURT:  Good morning.  We are here on a change of
14      plea.  We are using the interpreters; is that correct?
15              MR. COHEN:  Yes, your Honor.
16              THE COURT:  Please swear the interpreters.
17              (Thereupon, the Interpreters were duly sworn.)
18              THE COURT:  Good morning.  We are here on a change of
19      plea.  I have been advised that you wish to change your plea of
20      not guilty to guilty; is that correct, Mr. Chica-Giler?
21              THE DEFENDANT:  Yes, your Honor, that is correct.
22              THE COURT:  Please stand and be sworn.
23         (Thereupon, the Defendant was duly sworn.)
24              THE COURT:  Please be seated.
25
```

Pauline A. Stipes, Official Federal Reporter

1  *BY THE COURT*:

2  *Q.*  I want to advise you, sir, that you are now under oath and

3  if you answer any questions falsely, your answers may later be

4  used against you in a separate prosecution for perjury.

5  Perjury is a separate offense, but a very serious one,

6  sometimes more serious than the underlying offense.

7      Do you understand that?

8  *A.*  Yes, your Honor.

9  *Q.*  I am going to ask you a series of questions to make sure

10  that you understand these proceedings.  It is very important if

11  you do not understand the questions, you don't answer it.

12  Stop, ask your lawyer, you can ask me, and between the two of

13  us, I am sure we will be able to explain everything to your

14  complete satisfaction so that you fully understand it.

15      On the other hand, if you do answer a question, I would

16  assume that you understood it.

17      I believe anybody reading the record that is being made of

18  these proceedings at a later time would be within their rights

19  to assume that if you answered the question, you understood it.

20      So if you don't understand, stop, don't answer.

21      Do you understand what I just said?

22  *A.*  Yes, your Honor.

23  *Q.*  Please tell me your full name.

24  *A.*  Jorge Antonio Chica-Giler.

25  *Q.*  What is your age?

1    *A.*  28 years old.

2    *Q.*  What is the extent of your formal education?

3    *A.*  I graduated from high school and I am a chef, I have my

4  degree as a chef.

5    *Q.*  Have you ever been treated for a mental illness?

6    *A.*  No, never.

7    *Q.*  Have you ever been treated for any drug addiction?

8    *A.*  No, never.

9    *Q.*  Are you presently under the influence of any type of drug,

10  medication, or alcoholic beverage of any kind of?

11    *A.*  No, sir.

12    *Q.*  Have you received a copy of the indictment pending against

13  you, that is the written charges?

14    *A.*  Yes, your Honor.

15    *Q.*  Have you had the opportunity to fully discuss these charges

16  and the case in general with your attorney?

17    *A.*  Yes, your Honor.

18       *THE COURT:*  Mr. Cohen, are you satisfied that your

19  client understands these proceedings?

20       *MR. COHEN:*  I am satisfied, your Honor.

21       *THE COURT:*  All right.

22  *BY THE COURT:*

23    *Q.*  Mr. Chica-Giler, there are certain rights that you waive

24  and give up by entering a plea of guilty.  I am not suggesting

25  there is anything wrong in doing that, in fact often it is the

1    best thing to do after you've had the opportunity to discuss it

2    with your lawyer and get his advice.  I don't want somebody at

3    a later time to come in and say, for example, he didn't know he

4    was giving up his right to a trial by jury, or he didn't know

5    he could call witnesses.

6        I am going to go through some of these rights now and make

7    sure you understand that you are waiving them or giving them up

8    by entering a plea of guilty.

9        Do you understand that you have a right to plead not guilty

10   as to any charge against you and to persist in that plea of not

11   guilty as long as you want?

12   *A.*  Yes, your Honor.

13   *Q.*  Do you understand that you have the right to a trial by

14   jury, for which you would also have the right to the assistance

15   of counsel for your defense?

16   *A.*  Yes, your Honor.

17   *Q.*  Do you understand that you have the right to see and hear

18   all the witnesses against you and have them cross-examined in

19   your defense?

20   *A.*  Yes, your Honor.

21   *Q.*  Do you understand that you have the right not to testify,

22   but that you may voluntarily elect to testify in your own

23   defense, but only you can make that decision, not your lawyer,

24   not your friends, not your co-defendants, only you?

25   *A.*  Yes, your Honor.

Pauline A. Stipes, Official Federal Reporter

1  *Q.*  Do you understand that you have the right to the issuance

2  of subpoenas or compulsory process to compel the production of

3  persons and objects here for the purpose of your defense?

4  *A.*  Yes, sir.

5  *Q.*  Do you understand that you may have witnesses testify in

6  your defense?

7  *A.*  Yes, your Honor.

8  *Q.*  Do you understand that by entering a plea of guilty, if I

9  accept that plea, there will be no trial and you will have

10  waived or given up your right to a trial, as well as all of the

11  other rights associated with the trial, some of which I have

12  just described to you?

13  *A.*  Yes, sir.

14  *Q.*  Do you understand that the offense to which you are

15  pleading guilty is a felony offense?

16  *A.*  Yes, I understand.

17  *Q.*  If I accept your plea, you will be adjudged guilty of a

18  felony, and such adjudication may deprive you of valuable civil

19  rights, such as the right to vote, the right to hold public

20  office, the right to serve on a jury, the right to possess any

21  kind of firearm, and if you are an alien, you may be subject to

22  deportation?

23  *A.*  Yes, I understand, your Honor.

24  *THE COURT:*  Would the Government please advise the

25  maximum penalty provided by law and any mandatory minimum

Pauline A. Stipes, Official Federal Reporter

1  penalty to the count or counts to which the Defendant is

2  pleading guilty.

3       *MR. HUDOCK:*  Yes, your Honor.  As to Count 1,

4  conspiracy, the Defendant faces a maximum penalty of five

5  years, faces up to three years supervised release, a $250,000

6  fine, and a $100 special assessment.

7            As to Count 2, dealing in firearms without a license,

8  the Defendant faces up to five years in prison, up to three

9  years supervised release, up to $250,000 in fines, and a $100

10  special assessment.

11           As to Count 3, smuggling goods from the United States,

12  the Defendant faces up to ten years in prison, three years

13  supervised release, a $250,000 fine, and a $100 special

14  assessment.

15           As to Count 4, failure to notify a common carrier of a

16  shipped firearm, the Defendant faces up to five years in

17  prison, three years supervised release, a $250,000 fine, and a

18  $100 special assessment.

19           Finally, as to Count 5, possession of a firearm by a

20  person admitted into the United States by a non-immigrant visa,

21  the Defendant faces up to ten years in prison, three years

22  supervised release, a $250,000 fine, and a $100 special

23  assessment.

24  *BY THE COURT*:

25  *Q.*  All right.  You heard what the maximum sentence was.  Do

1   you understand that is what you are exposing yourself to in

2   your plea of guilty?

3   *A.*  Yes, your Honor.

4   *Q.*  The United States Sentencing Commission has issued advisory

5   Guidelines for judges to consider in determining an appropriate

6   sentence in a criminal case.  Have you and your attorney talked

7   about how the Sentencing Guidelines might apply to your case?

8   *A.*  Yes, your Honor.

9   *Q.*  Do you also understand that after it has been determined

10  what Guidelines apply, I have the authority to impose a

11  sentence that is more severe or less severe than the sentence

12  called for by the Guidelines?

13  *A.*  Yes, your Honor, I understand.

14  *Q.*  Do you understand that parole has been abolished in the

15  Federal system?

16  *A.*  Yes, I understand.

17       *THE COURT:*  Would the Government please summarize the

18  counts of the indictment to which the Defendant is pleading and

19  state the elements of each crime.

20       *MR. HUDOCK:*  Yes, your Honor.  The Defendant will be

21  pleading to all five counts of the indictment.  The elements as

22  to Count 1 are as follows.  Count 1 is a charge of conspiracy

23  pursuant to 18 United States Code, Section 371.

24       First, the Government must establish that two or more

25  persons in some way agreed to try to accomplish a shared and

1    unlawful plan.

2          Two, the Defendant knew the unlawful purpose of the

3    plan and willfully joined in it.

4          Three, during the conspiracy, one of the conspirators

5    knowingly engaged in at least one overt act as described in the

6    indictment.

7          And four, the overt act was committed at or about the

8    time alleged with the purpose of carrying out or accomplishing

9    some object of the conspiracy.

10         As to Count 2, dealing in firearms without a license,

11   the Government must establish three elements beyond a

12   reasonable doubt.

13         First, the Defendant engaged in the business of

14   selling firearms.

15         Second, the Defendant did not have a Federal license.

16         And third, the Defendant acted willfully.

17         As to Count 3, smuggling goods from the United States,

18   the Government must prove three elements beyond a reasonable

19   doubt.

20         First, that the Defendant knowingly exported

21   merchandise as described in the indictment.

22         Second, that the Defendant's exportation was contrary

23   to 18 United States Code, Section 922(e), failure to notify a

24   common carrier of a shipped firearm.

25         And third, that the Defendant knew the exportation of

1   the merchandise was contrary to law or regulation.

2          As to Count 4, failure to notify a common carrier of a

3   shipped firearm, the Government must establish four elements

4   beyond a reasonable doubt.

5          First, that the Defendant knowingly delivered or

6   caused to be delivered to a common carrier a package in which

7   there was one or more firearms, or did aid and abet such a

8   delivery.

9          Second, the package or container was to be shipped or

10  transported from the United States to a foreign nation.

11         Third, the package or container was to be shipped or

12  transported to a person who is not a -- who is not licensed as

13  a firearms dealer, manufacturer, importer, or collector.

14         And fourth, the Defendant did not give written notice

15  to the common carrier that there were firearms inside the

16  package.

17         As to Count 5, the Government must establish three

18  elements beyond a reasonable doubt.

19         First, that the Defendant knowingly possessed a

20  firearm in or affecting interstate or foreign commerce.

21         Second, at the time of the possession, the Defendant

22  was an alien who was admitted to the United States under a

23  non-immigrant visa.

24         And third, at the time of the possession, the

25  Defendant knew his status as an alien admitted to the United

Pauline A. Stipes, Official Federal Reporter

1   States under a non-immigrant visa.

2           Those are the charges and the elements to which the

3   Defendant is pleading.

4   *BY THE COURT*:

5   *Q.*  All right.  You heard what the Government said.  Do you

6   understand that is what you are pleading guilty to?

7   *A.*  Yes, your Honor.

8           THE COURT:  Would the Government please make a

9   representation concerning the facts you would be prepared to

10  prove at trial.

11          MR. HUDOCK:  Yes, your Honor.  If this case had

12  proceeded to trial today, the Government would have established

13  the following facts beyond and to the exclusion of every

14  reasonable doubt:

15          Beginning in December 2020, and continuing through

16  August 2021, the Defendant, and others known and unknown,

17  conspired to and confederated to engage in the business of

18  dealing in firearms without a license, smuggle firearms out of

19  the United States, and deliver firearms to a common carrier for

20  shipment without notice to the carrier.

21          In furtherance of this conspiracy, the Defendant

22  directed co-conspirators to purchase firearms from Federal

23  firearms licensees on his behalf for the purpose of resale to

24  persons in Ecuador.

25          Specifically, on January 19, 2021, the Defendant

Pauline A. Stipes, Official Federal Reporter

1    provided a known co-conspirator with funds to purchase a

2    Pioneer Arms Sporter 7.62 firearm, a Glock Model 19

3    9-millimeter firearm, and a DEL-TON Incorporated Sierra 5.56

4    caliber firearm from a Federal firearms licensee.

5            On January 20, 2021, the Defendant provided a known

6    co-conspirator with funds to purchase a Romania Draco 7.62

7    caliber firearm, an American Tactical ATI 12-gauge shotgun, a

8    GSG GS .22 caliber firearm, a Glock Model 34 9-millimeter

9    firearm, a Smith and Wesson M&P 9 9-millimeter firearm, and a

10   Ruger 57 5.57 caliber firearm from a Federal firearms licensee.

11           On January 27, 2021, the Defendant provided a known

12   co-conspirator with funds to purchase five Anderson MFG AM-15

13   firearms from a Federal firearms licensee.

14           On February 1, 2021, the Defendant provided a known

15   co-conspirator with funds to purchase three Tactical Life LLC

16   TL-15 firearms, a CZ Scorpion EVO 3 S1 9-millimeter firearm,

17   and a Springfield Armory Saint 5.56 caliber firearm all from

18   Federal firearms licensees.

19           On February 2, 2021, the Defendant provided a known

20   co-conspirator with funds to purchase a Pioneer Arms HellPup

21   7.62 caliber firearm, a Rock River Arms LAR-15 5.56 caliber

22   firearm, and a CZ Scorpion 9-millimeter firearm from a Federal

23   firearms licensee.

24           Finally, on February 16, 2021, the Defendant provided

25   a known co-conspirator with funds to purchase a Glock Model 19

Pauline A. Stipes, Official Federal Reporter

1   9-millimeter firearm and a Century Arms VSKA AK-47 7.62 caliber

2   firearm from a Federal firearms licensee.

3          After obtaining these firearms, the Defendant and his

4   co-conspirators disassembled the firearms, vacuum sealed the

5   firearms, and wrapped them with tinfoil.

6          The Defendant and his co-conspirators then purchased

7   11-gallon compressed air tanks from Harbor Freight and took the

8   firearms and the tanks to the residence of a co-conspirator.

9   At that residence the Defendant directed the co-conspirator to

10  cut off one end of each tank.  The Defendant and his

11  co-conspirators then wrapped the packaged firearms inside

12  welding blankets and placed them inside the air tanks.

13         After the tanks were loaded with firearms, the

14  Defendant directed the co-conspirator to weld the tanks

15  together, forming one 22-gallon tank with firearms concealed

16  inside.  The co-conspirator ground the welds and painted the

17  tanks black to conceal these modifications.

18         The Defendant and his co-conspirators then packaged

19  the tanks in UPS boxes filled with packing peanuts and taped

20  the edges of the boxes in an X pattern.

21         Finally, the Defendant directed his co-conspirators to

22  weigh the packages and to ensure that they weighed less than

23  110 pounds to avoid additional X-ray screening.

24         Then the Defendant and the co-conspirator loaded each

25  package into the Defendant's 2005 green Nissan Armada and

Pauline A. Stipes, Official Federal Reporter

1   dropped off the packages at Siati Express in Miami, Florida,

2   for shipment to Ecuador.

3        The Defendant made eight such shipments to Ecuador,

4   including shipments on January 5, 2021, January 25, 2021,

5   February 4, 2021, February 19, 2021, March 5, 2021, April 1,

6   2021, July 6, 2021, and August 3, 2021.

7        The Defendant provided his real name, Jorge

8   Chica-Giler, and his Ecuadorian identification card for the

9   January 5, 2021 shipment.  He then provided the false name,

10  Tonny Escobar, and a fake New York State driver's license

11  bearing his photograph for the remaining shipments.

12       The Defendant did not provide written notice to Siati

13  Express, a common carrier, that the above-described shipments

14  contained firearms.  He knew that his failure to disclose the

15  contents was contrary to the law, and he knew that the

16  exportation of the firearms was contrary to the law.

17       On August 2, 2021, surveillance footage placed Mr.

18  Chica-Giler at a Harbor Freight store located at 2851 Northwest

19  27th Avenue, Miami, Florida.  The time of the surveillance

20  video is consistent with the time that Mr. Chica-Giler

21  purchased two 12-ounce cans of gloss black paint, one masonry

22  cutting wheel, two 11-gallon portable air tanks, and one

23  welding blanket.  This purchase is also consistent with GPS

24  data that places the Defendant's vehicle in the vicinity of the

25  Harbor Freight store between 1:13 p.m. and 1:25 p.m.

1          On August 3, 2021, GPS data also places the

2     Defendant's vehicle at the UPS store located at 2045 Biscayne

3     Boulevard, Miami, Florida.

4          On August 3, 2021, law enforcement witnessed the

5     Defendant and a co-conspirator drop off two packages at Siati

6     Express.  The packages were lawfully seized pursuant to border

7     search authority and subjected to an X-ray scan that revealed

8     the firearms hidden inside.

9          Documents from the freight forwarder, Siati Express,

10     show that the package was destained for an address in Ecuador,

11     but the documents did not disclose the contents of the package.

12          U.S. Customs and Border Patrol officers then opened

13     the tanks and discovered seven manufactured AR style

14     semiautomatic pistols without serial numbers, one HS Product

15     XDM 10-millimeter semiautomatic pistol, two rifle lower

16     receivers without serial numbers, an American Tactical Imports

17     MIL-Sport lower receiver, three rifle upper receivers, and 11

18     firearm magazines.  The firearms and magazines were all vacuum

19     sealed, wrapped in tinfoil, and wrapped in welding blankets.

20          By delivering these firearms to a freight forwarder,

21     the Defendant placed them in the stream of interstate or

22     foreign commerce.  The seven AR style semiautomatic handguns

23     without serial numbers and two of the un-serialized lower

24     receivers were consistent with having been made from an 80

25     percent lower receiver.

Pauline A. Stipes, Official Federal Reporter

1          Of the shipments known to law enforcement, the

2     Defendant exported at least 36 firearms to Ecuador during the

3     course of the conspiracy, which resulted in a gross receipt of

4     over $24,000, and a profit of at least $6,100.

5          At the time of the above-described shipments, the

6     Defendant knew that he was admitted to the United States on a

7     B2 non-immigrant visitor visa, and was aware of his

8     non-immigrant status.

9          A Ruger .22 caliber handgun was found during a search

10    of the Defendant's apartment.  The Defendant is not, and has

11    never been a Federal firearms licensee, and the HS Product XDM

12    10-millimeter, the ATI MIL-Sport lower receiver, and the Ruger

13    .22 caliber handgun were all manufactured outside the State of

14    Florida and traveled in interstate or foreign commerce.

15         The parties agree that these facts would constitute

16    the presentation of the United States if this case were to

17    proceed to trial.

18    *BY THE COURT*:

19    *Q.*  You heard what the Government said.  If this case were to

20    go to trial, do you believe they could prove what they just

21    said?

22    *A.*  Yes, of course.

23    *Q.*  I have here a seven-page document that is pretty much word

24    for word what the Government just read into the record.

25         On the seventh page there appears to be three signatures,

Pauline A. Stipes, Official Federal Reporter

1    that of Mr. Hudock, that of your attorney, Mr. Cohen, and what

2    appears to be a signature above your typed name.

3        Is that your signature with today's date on it?

4    *A.*  Yes, sir.

5    *Q.*  Before you signed it, how did you get to know what the

6    contents were?  Do you read the English language, or did

7    somebody translate it for you?

8    *A.*  My attorney translated.

9        *THE COURT:*  Mr. Cohen, how did you communicate the

10   contents of this document with your client before he executed

11   it?

12       *MR. COHEN:*  We went over each paragraph and we

13   discussed the factual detail of each paragraph.

14       *THE COURT:*  Use the microphone.

15       *MR. COHEN:*  We went over each of the paragraphs and

16   the factual specificity, and once he understood, we went to the

17   next paragraph.

18   *Q.*  Did you use an interpreter, or do you speak the Spanish

19   language?

20       *MR. COHEN:*  I speak Spanish, your Honor.

21       *THE COURT:*  Do you believe that he fully understood it

22   at the time he executed it?

23       *MR. COHEN:*  Yes, your Honor.

24       *THE COURT:*  All right.  I will have this marked as an

25   exhibit and attach it to the file.

Pauline A. Stipes, Official Federal Reporter

1          Mr. Chica-Giler, before you signed this, were you

2   satisfied that the contents were true?

3          *THE DEFENDANT:*  Yes, your Honor.

4          *THE COURT:*  There is no plea agreement in this case,

5   is there?

6          *MR. HUDOCK:*  No, your Honor.

7   *BY THE COURT:*

8   *Q.*  All right.  Has there been any offer or promises or

9   assurances of any kind in an effort to induce you to enter a

10  plea of guilty?

11  *A.*  No, sir.

12  *Q.*  Has anyone attempted in any way to force you to plead

13  guilty, threaten or coerced you?

14  *A.*  Yes, from the beginning of everything I have been

15  threatened at all times.

16  *Q.*  Were you threatened to enter a plea of guilty?

17  *A.*  Yes, but I am talking outside the case, not this case.

18  *Q.*  I don't understand what you are saying to me.  My question

19  to you is:  Is your plea of guilty induced by a threat or an

20  offer of harm?  Are you pleading guilty because somebody has

21  told you that you better plead guilty or they are going to hurt

22  you in some way?

23  *A.*  Well, let me clarify, before the police apprehended me,

24  yes, I was told that I should plead guilty.

25  *Q.*  Who told you that?

1    *A.*  The criminals that were behind me in the case.

2         *THE COURT:*  Okay.  Why don't we get the jury up here.

3         *MR. COHEN:*  Your Honor, can I have a moment with my

4    client?  I don't think he understood your question.

5         *THE COURT:*  You can have as much time as you want.  I

6    asked it three or four different ways, it wasn't complicated.

7       (Thereupon, the Defendant and his attorney confer.)

8         *MR. COHEN:*  Your Honor, my client understands that

9    there is no legal duress defense in this case, but he still

10   feels from a mitigation point of view that he was forced.  In

11   terms of entering into this plea, and I clarified it for him,

12   no one has forced him to enter into this plea, and I would ask

13   him to confirm that.

14   *BY THE COURT:*

15   *Q.*  Mr. Chica-Giler, is that your understanding now?

16   *A.*  Yes, I do confirm so.

17   *Q.*  All right.  Do you understand that if I don't accept any

18   sentence recommendations, whether it be by your lawyer or the

19   Government's lawyer, whether it be or oral or in writing, you

20   would still be bound by your pleas of guilty and have no right

21   to withdraw them?

22   *A.*  Yes, your Honor.

23   *Q.*  Do you understand that if the sentence is more severe than

24   you expected it to be you would still be bound by your plea and

25   would have no right to withdraw it?

1    *A.* Yes, your Honor.

2    *Q.* How do you now plead to Counts 1, 2, 3, 4, and 5 of the

3    indictment pending against you, guilty or not guilty?

4    *A.* Guilty.

5         *THE COURT:* It is the finding of this Court in the

6    case of United States versus Jorge Chica-Giler that the

7    Defendant is fully competent and capable of entering an

8    informed plea; that his pleas of guilty are knowing and

9    voluntary pleas supported by an independent basis in fact

10   containing each of the essential elements of the offenses.

11        His pleas are therefore accepted.  He is now adjudged

12   guilty of Counts 1, 2, 3, 4, and 5 of the indictment pending

13   against him.

14        A written Pre-Sentence Report will be prepared by the

15   Probation Office to assist me in sentencing you.  You will be

16   asked to give information for the report and your attorney may

17   be present if you so desire.  We will permit you and your

18   counsel to read the Pre-Sentence Report before the sentencing

19   hearing and you will be given an opportunity to speak at that

20   hearing, which I am hereby scheduling for Monday, November 7,

21   2022, at 2:30 p.m., here in this courtroom.

22        Counsel is advised to comply with the administrative

23   order regarding implementation of sentencing procedures,

24   particularly the time periods within those orders.  I refer you

25   to the Probation Office for a pre-sentence investigation and

Pauline A. Stipes, Official Federal Reporter

1    report.

2            Counsel, if you have any specific requests for

3    treatment modalities and place of incarceration please raise it

4    during the pre-sentence investigation.  If it is brought up for

5    the first time in sentencing, I will not consider it because I

6    do not want to get into a life-long set of correspondence with

7    the Bureau of Prisons.

8            We will be in recess on this matter.

9        (Thereupon, the hearing was concluded.)

10                                    * * *

11            I certify that the foregoing is a correct transcript

12    from the record of proceedings in the above matter.

13

14        Date:  December 13, 2022

15                        /s/ Pauline A. Stipes, Official Federal Reporter

16                        Signature of Court Reporter

17

18

19

20

21

22

23

24

25

Pauline A. Stipes, Official Federal Reporter

**MR. COHEN: [9]**   2/10 2/14
4/19 17/11 17/14 17/19 17/22
19/2 19/7
**MR. HUDOCK: [5]**   2/8 7/2
8/19 11/10 18/5
**THE COURT: [19]**   2/3 2/12
2/15 2/17 2/21 2/23 4/17
4/20 6/23 8/16 11/7 17/8
17/13 17/20 17/23 18/3 19/1
19/4 20/4
**THE COURTROOM DEPUTY: [2]**
1/21 2/4
**THE DEFENDANT: [2]**   2/20
18/2

**$**
**$100 [5]**   7/6 7/9 7/13 7/18
7/22
**$24,000 [1]**   16/4
**$250,000 [5]**   7/5 7/9 7/13
7/17 7/22
**$6,100 [1]**   16/4

**.**
**.22 [3]**   12/8 16/9 16/13

**/**
**/s [1]**   21/15

**1**
**10-millimeter [2]**   15/15
16/12
**101 [1]**   1/14
**11 [1]**   15/17
**11-gallon [2]**   13/7 14/22
**110 [1]**   13/23
**12-gauge [1]**   12/7
**12-ounce [1]**   14/21
**13 [1]**   21/14
**15 [3]**   12/12 12/16 12/21
**16 [1]**   12/24
**18 [2]**   8/23 9/23
**19 [4]**   11/25 12/2 12/25 14/5
**1:13 p.m [1]**   14/25
**1:25 p.m [1]**   14/25

**2**
**20 [1]**   12/5
**2005 [1]**   13/25
**2020 [1]**   11/15
**2021 [19]**   11/16 11/25 12/5
12/11 12/14 12/19 12/24 14/4
14/4 14/5 14/5 14/5 14/6
14/6 14/6 14/9 14/17 15/1
15/4
**2022 [3]**   1/8 20/21 21/14
**2045 [1]**   15/2
**21-14035-CR-Martinez [1]**   2/6
**21-CR-14035-MARTINEZ [1]**   1/3
**22-gallon [1]**   13/15
**25 [1]**   14/4
**27 [1]**   12/11
**27th [1]**   14/19
**28 [1]**   4/1
**2851 [1]**   14/18
**29 [1]**   1/8

**2:30 p.m [1]**   20/21

**3**
**3100 [1]**   1/14
**33432 [1]**   1/18
**34 [1]**   12/8
**3434 [1]**   1/21
**34950 [1]**   1/15
**36 [1]**   16/2
**371 [1]**   8/23

**4**
**47 [1]**   13/1

**5**
**5.56 [3]**   12/3 12/17 12/21
**5.57 [1]**   12/10
**561-715-7866 [1]**   1/18
**561-803-3434 [1]**   1/21
**57 [1]**   12/10

**7**
**7.62 [4]**   12/2 12/6 12/21
13/1
**750 [1]**   1/17
**786-360-9806 [1]**   1/15
**7866 [1]**   1/18

**8**
**80 [1]**   15/24

**9**
**9-millimeter [6]**   12/3 12/8
12/9 12/16 12/22 13/1
**922 [1]**   9/23
**9806 [1]**   1/15

**A**
**abet [1]**   10/7
**able [1]**   3/13
**abolished [1]**   8/14
**about [2]**   8/7 9/7
**above [4]**   14/13 16/5 17/2
21/12
**above-described [2]**   14/13
16/5
**accept [3]**   6/9 6/17 19/17
**accepted [1]**   20/11
**accomplish [1]**   8/25
**accomplishing [1]**   9/8
**act [2]**   9/5 9/7
**acted [1]**   9/16
**addiction [1]**   4/7
**additional [1]**   13/23
**address [1]**   15/10
**adjudged [2]**   6/17 20/11
**adjudication [1]**   6/18
**administrative [1]**   20/22
**admitted [4]**   7/20 10/22
10/25 16/6
**advice [1]**   5/2
**advise [2]**   3/2 6/24
**advised [2]**   2/19 20/22
**advisory [1]**   8/4
**affecting [1]**   10/20
**after [4]**   5/1 8/9 13/3 13/13
**against [6]**   3/4 4/12 5/10
5/18 20/3 20/13

**age [1]**   3/25
**agree [1]**   16/15
**agreed [1]**   8/25
**agreement [1]**   18/4
**aid [1]**   10/7
**air [3]**   13/7 13/12 14/22
**AK [1]**   13/1
**AK-47 [1]**   13/1
**alcoholic [1]**   4/10
**alien [3]**   6/21 10/22 10/25
**all [14]**   2/1 4/21 5/18 6/10
7/25 8/21 11/5 12/17 15/18
16/13 17/24 18/8 18/15 19/17
**alleged [1]**   9/8
**also [4]**   5/14 8/9 14/23 15/1
**am [9]**   3/9 3/13 4/3 4/20
4/24 5/6 12/12 18/17 20/20
**AM-15 [1]**   12/12
**AMERICA [2]**   1/4 2/6
**American [2]**   12/7 15/16
**and discovered [1]**   15/13
**and the [1]**   13/8
**Anderson [1]**   12/12
**answer [4]**   3/3 3/11 3/15
3/20
**answered [1]**   3/19
**answers [1]**   3/3
**Antonio [1]**   3/24
**any [12]**   3/3 4/7 4/9 4/10
5/10 6/20 6/25 18/8 18/9
18/12 19/17 21/2
**anybody [1]**   3/17
**anyone [1]**   18/12
**anything [1]**   4/25
**apartment [1]**   16/10
**APPEARANCES [1]**   1/13
**appears [2]**   16/25 17/2
**apply [2]**   8/7 8/10
**apprehended [1]**   18/23
**appropriate [1]**   8/5
**April [1]**   14/5
**AR [2]**   15/13 15/22
**are [19]**   2/13 2/14 2/18 3/2
4/9 4/18 4/23 5/7 6/14 6/21
8/1 8/22 11/2 11/6 18/18
18/20 18/21 20/8 20/11
**Armada [1]**   13/25
**Armory [1]**   12/17
**Arms [4]**   12/2 12/20 12/21
13/1
**as [25]**
**ask [4]**   3/9 3/12 3/12 19/12
**asked [2]**   19/6 20/16
**assessment [5]**   7/6 7/10 7/14
7/18 7/23
**assist [1]**   20/15
**assistance [1]**   5/14
**associated [1]**   6/11
**assume [2]**   3/16 3/19
**assurances [1]**   18/9
**ATI [2]**   12/7 16/12
**attach [1]**   17/25
**attempted [1]**   18/12
**attorney [6]**   4/16 8/6 17/1
17/8 19/7 20/16
**Attorney's [1]**   1/13
**August [6]**   1/8 11/16 14/6
14/17 15/1 15/4

**A**

August 2 [1]   14/17
August 2021 [1]   11/16
authority [2]   8/10 15/7
Avenue [1]   14/19
avoid [1]   13/23
aware [1]   16/7

**B**

B2 [1]   16/7
basis [1]   20/9
be [26]
Beach [1]   1/20
Beach/Ft [1]   1/20
bearing [1]   14/11
because [2]   18/20 21/5
been [9]   2/19 4/5 4/7 8/9 8/14 15/24 16/11 18/8 18/14
before [6]   1/11 17/5 17/10 18/1 18/23 20/18
beginning [2]   11/15 18/14
behalf [3]   2/10 2/12 11/23
behind [1]   19/1
being [1]   3/17
believe [3]   3/17 16/20 17/21
best [1]   5/1
better [1]   18/21
between [2]   3/12 14/25
beverage [1]   4/10
beyond [5]   9/11 9/18 10/4 10/18 11/13
Biscayne [1]   15/2
black [2]   13/17 14/21
blanket [1]   14/23
blankets [2]   13/12 15/19
Boca [1]   1/18
border [2]   15/6 15/12
Boulevard [1]   15/3
bound [2]   19/20 19/24
boxes [2]   13/19 13/20
brought [1]   21/4
Bureau [1]   21/7
business [2]   9/13 11/17

**C**

caliber [10]   12/4 12/7 12/8 12/10 12/17 12/21 12/21 13/1 16/9 16/13
call [1]   5/5
called [1]   8/12
can [4]   3/12 5/23 19/3 19/5
cans [1]   14/21
capable [1]   20/7
card [1]   14/8
carrier [8]   7/15 9/24 10/2 10/6 10/15 11/19 11/20 14/13
carrying [1]   9/8
case [14]   1/3 2/5 4/16 8/6 8/7 11/11 16/16 16/19 18/4 18/17 18/17 19/1 19/9 20/6
caused [1]   10/6
Century [1]   13/1
certain [1]   4/23
certify [1]   21/11
change [4]   1/10 2/13 2/18 2/19
charge [2]   5/10 8/22

**charges** [3]   4/13 4/15 11/2
chef [2]   4/3 4/4
CHICA [12]   1/7 2/7 2/12 2/20 3/24 4/23 14/8 14/18 14/20 18/1 19/15 20/6
CHICA-GILER [12]   1/7 2/7 2/12 2/20 3/24 4/23 14/8 14/18 14/20 18/1 19/15 20/6
Chris [1]   2/9
CHRISTOPHER [1]   1/13
civil [1]   6/1
clarified [1]   19/11
clarify [1]   18/23
client [4]   4/19 17/10 19/4 19/8
co [19]   5/24 11/22 12/1 12/6 12/12 12/15 12/20 12/25 13/4 13/6 13/8 13/9 13/11 13/14 13/16 13/18 13/21 13/24 15/5
co-conspirator [12]   12/1 12/6 12/12 12/15 12/20 12/25 13/8 13/9 13/14 13/16 13/24 15/5
co-conspirators [6]   11/22 13/4 13/6 13/11 13/18 13/21
co-defendants [1]   5/24
Code [2]   8/23 9/23
coerced [1]   18/13
COHEN [6]   1/16 1/17 2/11 4/18 17/1 17/9
collector [1]   10/13
come [1]   5/3
commerce [3]   10/20 15/22 16/14
Commission [1]   8/4
committed [1]   9/7
common [7]   7/15 9/24 10/2 10/6 10/15 11/19 14/13
communicate [1]   17/9
compel [1]   6/2
competent [1]   20/7
complete [1]   3/14
complicated [1]   19/6
comply [1]   20/22
compressed [1]   13/7
compulsory [1]   6/2
conceal [1]   13/17
concealed [1]   13/15
concerning [1]   11/9
concluded [1]   21/9
confederated [1]   11/17
confer [1]   19/7
confirm [2]   19/13 19/16
consider [2]   8/5 21/5
consistent [3]   14/20 14/23 15/24
conspiracy [6]   7/4 8/22 9/4 9/9 11/21 16/3
conspirator [12]   12/1 12/6 12/12 12/15 12/20 12/25 13/8 13/9 13/14 13/16 13/24 15/5
conspirators [7]   9/4 11/22 13/4 13/6 13/11 13/18 13/21
conspired [1]   11/17
constitute [1]   16/15
contained [1]   14/14
container [2]   10/9 10/11
containing [1]   20/10

**contents** [5]   14/15 15/11 17/6 17/10 18/2
continuing [1]   11/15
contrary [4]   9/22 10/1 14/15 14/16
copy [1]   4/12
correct [4]   2/14 2/20 2/21 21/11
correspondence [1]   21/6
could [2]   5/5 16/20
counsel [5]   2/7 5/15 20/18 20/22 21/2
count [12]   7/1 7/3 7/7 7/11 7/15 7/19 8/22 8/22 9/10 9/17 10/2 10/17
counts [5]   7/1 8/18 8/21 20/2 20/12
course [2]   16/3 16/22
COURT [5]   1/1 1/20 2/1 20/5 21/16
courtroom [1]   20/21
CR [2]   1/3 2/6
crime [1]   8/19
criminal [1]   8/6
criminals [1]   19/1
cross [1]   5/18
cross-examined [1]   5/18
Customs [1]   15/12
cut [1]   13/10
cutting [1]   14/22
CZ [2]   12/16 12/22

**D**

data [2]   14/24 15/1
date [2]   17/3 21/14
dealer [1]   10/13
dealing [3]   7/7 9/10 11/18
December [2]   11/15 21/14
decision [1]   5/23
Defendant [49]
Defendant's [5]   9/22 13/25 14/24 15/2 16/10
defendants [1]   5/24
defense [6]   5/15 5/19 5/23 6/3 6/6 19/9
degree [1]   4/4
DEL [1]   12/3
DEL-TON [1]   12/3
deliver [1]   11/19
delivered [2]   10/5 10/6
delivering [1]   15/20
delivery [1]   10/8
deportation [1]   6/22
deprive [1]   6/18
described [5]   6/12 9/5 9/21 14/13 16/5
desire [1]   20/17
destained [1]   15/10
detail [1]   17/13
determined [1]   8/9
determining [1]   8/5
did [9]   9/15 10/7 10/14 14/12 15/11 17/5 17/6 17/9 17/18
didn't [2]   5/3 5/4
different [1]   19/6
directed [4]   11/22 13/9 13/14 13/21

**D**

disassembled [1]   13/4
disclose [2]   14/14 15/11
discovered [1]   15/13
discuss [2]   4/15 5/1
discussed [1]   17/13
DISTRICT [4]   1/1 1/1 1/11
  2/2
DIVISION [1]   1/2
Dixie [1]   1/17
do [26]
document [2]   16/23 17/10
documents [2]   15/9 15/11
doing [1]   4/25
don't [8]   3/11 3/20 3/20 5/2
  18/18 19/2 19/4 19/17
doubt [5]   9/12 9/19 10/4
  10/18 11/14
Draco [1]   12/6
driver's [1]   14/10
drop [1]   15/5
dropped [1]   14/1
drug [2]   4/7 4/9
duly [2]   2/17 2/23
duress [1]   19/9
during [4]   9/4 16/2 16/9
  21/4

**E**

each [7]   8/19 13/10 13/24
  17/12 17/13 17/15 20/10
Ecuador [5]   11/24 14/2 14/3
  15/10 16/2
Ecuadorian [1]   14/8
edges [1]   13/20
education [1]   4/2
effort [1]   18/9
eight [1]   14/3
elect [1]   5/22
elements [8]   8/19 8/21 9/11
  9/18 10/3 10/18 11/2 20/10
end [1]   13/10
enforcement [2]   15/4 16/1
engage [1]   11/17
engaged [2]   9/5 9/13
English [1]   17/6
ensure [1]   13/22
enter [3]   18/9 18/16 19/12
entering [5]   4/24 5/8 6/8
  19/11 20/7
Escobar [1]   14/10
ESQ [1]   1/16
essential [1]   20/10
establish [4]   8/24 9/11 10/3
  10/17
established [1]   11/12
ever [2]   4/5 4/7
every [1]   11/13
everything [2]   3/13 18/14
EVO [1]   12/16
examined [1]   5/18
example [1]   5/3
exclusion [1]   11/13
executed [2]   17/10 17/22
exhibit [1]   17/25
expected [1]   19/24
explain [1]   3/13

exportation [3]   9/22 9/25
  14/16
exported [2]   9/20 16/2
exposing [1]   8/1
Express [4]   14/1 14/13 15/6
  15/9
extent [1]   4/2

**F**

faces [6]   7/4 7/5 7/8 7/12
  7/16 7/21
fact [2]   4/25 20/9
facts [3]   11/9 11/13 16/15
factual [2]   17/13 17/16
failure [4]   7/15 9/23 10/2
  14/14
fake [1]   14/10
false [1]   14/9
falsely [1]   3/3
February [5]   12/14 12/19
  12/24 14/5 14/5
February 16 [1]   12/24
February 19 [1]   14/5
February 4 [1]   14/5
Federal [11]   8/15 9/15 11/22
  12/4 12/10 12/13 12/18 12/22
  13/2 16/11 21/15
feels [1]   19/10
felony [2]   6/15 6/18
file [1]   17/25
filled [1]   13/19
Finally [3]   7/19 12/24 13/21
finding [1]   20/5
fine [4]   7/6 7/13 7/17 7/22
fines [1]   7/9
firearm [22]
firearms [33]
first [6]   8/24 9/13 9/20
  10/5 10/19 21/5
five [5]   7/4 7/8 7/16 8/21
  12/12
FL [4]   1/7 1/15 1/18 1/20
FLORIDA [6]   1/1 2/2 14/1
  14/19 15/3 16/14
following [1]   11/13
follows [1]   8/22
footage [1]   14/17
force [1]   18/12
forced [2]   19/10 19/12
foregoing [1]   21/11
foreign [4]   10/10 10/20
  15/22 16/14
formal [1]   4/2
forming [1]   13/15
FORT [3]   1/2 1/7 1/15
forwarder [2]   15/9 15/20
found [1]   16/9
four [3]   9/7 10/3 19/6
fourth [1]   10/14
freight [5]   13/7 14/18 14/25
  15/9 15/20
friends [1]   5/24
Ft [1]   1/20
full [1]   3/23
fully [4]   3/14 4/15 17/21
  20/7
funds [6]   12/1 12/6 12/12
  12/15 12/20 12/25

furtherance [1]   11/21

**G**

gallon [3]   13/7 13/15 14/22
gauge [1]   12/7
general [1]   4/16
get [4]   5/2 17/5 19/2 21/6
GILER [12]   1/7 2/7 2/12 2/20
  3/24 4/23 14/8 14/18 14/20
  18/1 19/15 20/6
give [3]   4/24 10/14 20/16
given [2]   6/10 20/19
giving [2]   5/4 5/7
Glock [4]   12/2 12/8 12/25
gloss [1]   14/21
go [2]   5/6 16/20
going [3]   3/9 5/6 18/21
good [4]   2/9 2/11 2/13 2/18
goods [2]   7/11 9/17
Government [13]   2/8 6/24
  8/17 8/24 9/11 9/18 10/3
  10/17 11/5 11/8 11/12 16/19
  16/24
Government's [1]   19/19
GPS [2]   14/23 15/1
graduated [1]   4/3
green [1]   13/25
gross [1]   16/3
ground [1]   13/16
GS [1]   12/8
GSG [1]   12/8
Guidelines [4]   8/5 8/7 8/10
  8/12
guilty [25]

**H**

had [3]   4/15 5/1 11/11
hand [1]   3/15
handgun [2]   16/9 16/13
handguns [1]   15/22
Harbor [3]   13/7 14/18 14/25
harm [1]   18/20
has [8]   8/4 8/9 8/14 16/10
  18/8 18/12 18/20 19/12
have [28]
having [1]   15/24
he [16]   5/3 5/3 5/4 5/5 14/9
  14/14 14/15 16/4 17/10 17/16
  17/21 17/22 19/4 19/9 19/10
  20/11
hear [1]   5/17
heard [3]   7/25 11/5 16/19
hearing [3]   20/19 20/20 21/9
HellPup [1]   12/20
here [6]   2/13 2/18 6/3 16/23
  19/2 20/21
hereby [1]   20/20
hidden [1]   15/8
high [1]   4/3
Highway [2]   1/14 1/17
him [4]   19/11 19/12 19/13
  20/13
his [17]   5/2 5/4 10/25 11/23
  13/3 13/6 13/10 13/18 13/21
  14/7 14/8 14/11 14/14 16/7
  19/7 20/8 20/11
hold [1]   6/19
HON [1]   1/21

**H**

Honor [30]
HONORABLE [2]  1/11 2/2
how [4]  8/7 17/5 17/9 20/2
HS [2]  15/14 16/11
HUDOCK [3]  1/13 2/9 17/1
hurt [1]  18/21

**I**

identification [1]  14/8
illness [1]  4/5
immigrant [5]  7/20 10/23
 11/1 16/7 16/8
implementation [1]  20/23
important [1]  3/10
importer [1]  10/13
Imports [1]  15/16
impose [1]  8/10
incarceration [1]  21/3
including [1]  14/4
Incorporated [1]  12/3
independent [1]  20/9
indictment [7]  4/12 8/18
 8/21 9/6 9/21 20/3 20/12
induce [1]  18/9
induced [1]  18/19
influence [1]  4/9
information [1]  20/16
informed [1]  20/8
inside [5]  10/15 13/11 13/12
 13/16 15/8
interpreter [1]  17/18
interpreters [3]  2/14 2/16
 2/17
interstate [3]  10/20 15/21
 16/14
investigation [2]  20/25 21/4
is [41]
issuance [1]  6/1
issued [1]  8/4
it [27]

**J**

JACOB [3]  1/16 1/17 2/11
January [6]  11/25 12/5 12/11
 14/4 14/4 14/9
January 19 [1]  11/25
January 20 [1]  12/5
January 25 [1]  14/4
January 27 [1]  12/11
January 5 [2]  14/4 14/9
joined [1]  9/3
JORGE [6]  1/7 2/6 2/12 3/24
 14/7 20/6
JOSE [2]  1/11 2/3
JUDGE [1]  1/11
judges [1]  8/5
July [1]  14/6
July 6 [1]  14/6
jury [4]  5/4 5/14 6/20 19/2
just [4]  3/21 6/12 16/20
 16/24

**K**

kind [3]  4/10 6/21 18/9
knew [6]  9/2 9/25 10/25
 14/14 14/15 16/6

know [3]  5/3 5/4 17/5
knowing [1]  20/8
knowingly [4]  9/5 9/20 10/5
 10/19
known [8]  11/16 12/1 12/5
 12/11 12/14 12/19 12/25 16/1

**L**

language [2]  17/6 17/19
LAR [1]  12/21
LAR-15 [1]  12/21
later [3]  3/3 3/18 5/3
law [7]  1/17 6/25 10/1 14/15
 14/16 15/4 16/1
lawfully [1]  15/6
lawyer [5]  3/12 5/2 5/23
 19/18 19/19
least [3]  9/5 16/2 16/4
legal [1]  19/9
less [2]  8/11 13/22
let [1]  18/23
license [5]  7/7 9/10 9/15
 11/18 14/10
licensed [1]  10/12
licensee [6]  12/4 12/10
 12/13 12/23 13/2 16/11
licensees [2]  11/23 12/18
life [2]  12/15 21/6
life-long [1]  21/6
LLC [1]  12/15
loaded [2]  13/13 13/24
located [2]  14/18 15/2
long [2]  5/11 21/6
lower [5]  15/15 15/17 15/23
 15/25 16/12

**M**

made [3]  3/17 14/3 15/24
magazines [2]  15/18 15/18
make [4]  3/9 5/6 5/23 11/8
mandatory [1]  6/25
manufactured [2]  15/13 16/13
manufacturer [1]  10/13
March [1]  14/5
March 5 [1]  14/5
marked [1]  17/24
MARTINEZ [4]  1/3 1/11 2/3
 2/6
masonry [1]  14/21
matter [2]  21/8 21/12
maximum [3]  6/25 7/4 7/25
may [7]  2/4 3/3 5/22 6/5
 6/18 6/21 20/16
me [7]  3/12 3/23 18/18 18/23
 18/23 19/1 20/15
medication [1]  4/10
mental [1]  4/5
merchandise [2]  9/21 10/1
MFG [1]  12/12
Miami [3]  14/1 14/19 15/3
microphone [1]  17/14
might [1]  8/7
MIL [2]  15/17 16/12
MIL-Sport [2]  15/17 16/12
millimeter [8]  12/3 12/8
 12/9 12/16 12/22 13/1 15/15
 16/12
minimum [1]  6/25

mitigation [1]  19/10
modalities [1]  21/3
Model [3]  12/2 12/8 12/25
modifications [1]  13/17
moment [1]  19/3
Monday [1]  20/20
more [5]  3/6 8/11 8/24 10/7
 19/23
morning [4]  2/9 2/11 2/13
 2/18
Mr [10]  2/20 4/18 4/23 14/17
 14/20 17/1 17/1 17/9 18/1
 19/15
much [2]  16/23 19/5
must [5]  8/24 9/11 9/18 10/3
 10/17
my [6]  2/12 4/3 17/8 18/18
 19/3 19/8

**N**

name [5]  2/7 3/23 14/7 14/9
 17/2
nation [1]  10/10
never [3]  4/6 4/8 16/11
New [1]  14/10
next [1]  17/17
Nissan [1]  13/25
no [12]  1/3 4/6 4/8 4/11 6/9
 18/4 18/6 18/11 19/9 19/12
 19/20 19/25
non [5]  7/20 10/23 11/1 16/7
 16/8
non-immigrant [5]  7/20 10/23
 11/1 16/7 16/8
Northwest [1]  14/18
not [20]  2/20 3/11 4/24 5/9
 5/10 5/21 5/23 5/24 5/24
 9/15 10/12 10/12 10/14 14/12
 15/11 16/10 18/17 20/3 21/5
 21/6
notice [3]  10/14 11/20 14/12
notify [3]  7/15 9/23 10/2
November [1]  20/20
November 7 [1]  20/20
now [6]  2/1 3/2 5/6 19/15
 20/2 20/11
Number [1]  2/5
numbers [3]  15/14 15/16
 15/23

**O**

oath [1]  3/2
object [1]  9/9
objects [1]  6/3
obtaining [1]  13/3
off [3]  13/10 14/1 15/5
offense [4]  3/5 3/6 6/14
 6/15
offenses [1]  20/10
offer [2]  18/8 18/20
office [4]  1/13 6/20 20/15
 20/25
officers [1]  15/12
Offices [1]  1/17
Official [2]  1/20 21/15
often [1]  4/25
Okay [1]  19/2
old [1]  4/1

**O**

once [1]  17/16
one [10]  3/5 9/4 9/5 10/7
13/10 13/15 14/21 14/22
15/14 19/12
only [2]  5/23 5/24
opened [1]  15/12
opportunity [3]  4/15 5/1
20/19
oral [1]  19/19
order [1]  20/23
orders [1]  20/24
other [2]  3/15 6/11
others [1]  11/16
ounce [1]  14/21
out [2]  9/8 11/18
outside [2]  16/13 18/17
over [3]  16/4 17/12 17/15
overt [2]  9/5 9/7
own [1]  5/22

**P**

p.m [3]  14/25 14/25 20/21
package [7]  10/6 10/9 10/11
10/16 13/25 15/10 15/11
packaged [2]  13/11 13/18
packages [4]  13/22 14/1 15/5
15/6
packing [1]  13/19
page [2]  16/23 16/25
paint [1]  14/21
painted [1]  13/16
Palm [1]  1/20
paragraph [3]  17/12 17/13
17/17
paragraphs [1]  17/15
parole [1]  8/14
particularly [1]  20/24
parties [1]  16/15
Patrol [1]  15/12
pattern [1]  13/20
Pauline [2]  1/20 21/15
peanuts [1]  13/19
penalty [3]  6/25 7/1 7/4
pending [3]  4/12 20/3 20/12
percent [1]  15/25
periods [1]  20/24
perjury [2]  3/4 3/5
permit [1]  20/17
persist [1]  5/10
person [2]  7/20 10/12
persons [3]  6/3 8/25 11/24
photograph [1]  14/11
PIERCE [4]  1/2 1/7 1/15 1/20
Pioneer [2]  12/2 12/20
pistol [1]  15/15
pistols [1]  15/14
place [1]  21/3
placed [3]  13/12 14/17 15/21
places [2]  14/24 15/1
Plaintiff [1]  1/5
plan [2]  9/1 9/3
plea [19]  1/10 2/14 2/19
2/19 4/24 5/8 5/10 6/8 6/9
6/17 8/2 18/4 18/10 18/16
18/19 19/11 19/12 19/24 20/8
plead [5]  5/9 18/12 18/21

18/24 20/2
pleading [7]  6/15 7/2 8/18
8/21 11/3 11/6 18/20
pleas [4]  19/20 20/8 20/9
20/11
please [9]  2/7 2/16 2/22
2/24 3/23 6/24 8/17 11/8
21/3
point [1]  19/10
police [1]  18/23
portable [1]  14/22
possess [1]  6/20
possessed [1]  10/19
possession [3]  7/19 10/21
10/24
pounds [1]  13/23
pre [4]  20/14 20/18 20/25
21/4
pre-sentence [4]  20/14 20/18
20/25 21/4
prepared [2]  11/9 20/14
present [1]  20/17
presentation [1]  16/16
presently [1]  4/9
presiding [1]  2/3
pretty [1]  16/22
prison [4]  7/8 7/12 7/17
7/21
Prisons [1]  21/7
Probation [2]  20/15 20/25
procedures [1]  20/23
proceed [1]  16/17
proceeded [1]  11/12
proceedings [5]  1/10 3/10
3/18 4/19 21/12
process [1]  6/2
Product [2]  15/14 16/11
production [1]  6/2
profit [1]  16/4
promises [1]  18/8
prosecution [1]  3/4
prove [3]  9/18 11/10 16/20
provide [1]  14/12
provided [9]  6/25 12/1 12/5
12/11 12/12 12/14 12/19 12/24 14/7
14/9
public [1]  6/19
purchase [8]  11/22 12/1 12/6
12/12 12/15 12/20 12/25
14/23
purchased [2]  13/6 14/21
purpose [4]  6/3 9/2 9/8
11/23
pursuant [2]  8/23 15/6

**Q**

question [4]  3/15 3/19 18/18
19/4
questions [3]  3/3 3/9 3/11

**R**

raise [1]  21/3
Raton [1]  1/18
ray [2]  13/23 15/7
read [3]  16/24 17/6 20/18
reading [1]  3/17
real [1]  14/7
reasonable [5]  9/12 9/18

10/4 10/18 11/14
receipt [1]  16/3
received [1]  4/12
receiver [3]  15/17 15/25
16/12
receivers [3]  15/16 15/17
15/24
recess [1]  21/8
recommendations [1]  19/18
record [4]  2/7 3/17 16/24
21/12
refer [1]  20/24
regarding [1]  20/23
regulation [1]  10/1
release [5]  7/5 7/9 7/13
7/17 7/22
remaining [1]  14/11
report [4]  20/14 20/16 20/18
21/1
Reporter [3]  1/20 21/15
21/16
representation [1]  11/9
requests [1]  21/2
resale [1]  11/23
residence [2]  13/8 13/9
resulted [1]  16/3
revealed [1]  15/7
rifle [2]  15/15 15/17
right [21]  2/12 4/21 5/4 5/9
5/13 5/14 5/17 5/21 6/1 6/10
6/19 6/19 6/20 6/20 7/25
11/5 17/24 18/8 19/17 19/20
19/25
rights [5]  3/18 4/23 5/6
6/11 6/19
rise [1]  2/1
River [1]  12/21
ROBIN [1]  1/21
Rock [1]  12/21
Romania [1]  12/6
ROSENBERG [1]  1/21
Ruger [3]  12/10 16/9 16/12

**S**

S1 [1]  12/16
said [4]  3/21 11/5 16/19
16/21
Saint [1]  12/17
satisfaction [1]  3/14
satisfied [3]  4/18 4/20 18/2
say [1]  5/3
saying [1]  18/18
scan [1]  15/7
scheduling [1]  20/20
school [1]  4/3
Scorpion [2]  12/16 12/22
screening [1]  13/23
sealed [2]  13/4 15/19
search [2]  15/7 16/9
seated [2]  2/4 2/24
Second [4]  9/15 9/22 10/9
10/21
Section [2]  8/23 9/23
see [1]  5/17
seized [1]  15/6
selling [1]  9/14
semiautomatic [3]  15/14
15/15 15/22

**S**

sentence [10]   7/25 8/6 8/11 8/11 19/18 19/23 20/14 20/18 20/25 21/4
sentencing [6]   8/4 8/7 20/15 20/18 20/23 21/5
separate [2]   3/4 3/5
serial [3]   15/14 15/16 15/23
serialized [1]   15/23
series [1]   3/9
serious [2]   3/5 3/6
serve [1]   6/20
session [1]   2/2
set [1]   21/6
seven [3]   15/13 15/22 16/23
seven-page [1]   16/23
seventh [1]   16/25
severe [3]   8/11 8/11 19/23
shared [1]   8/25
shipment [3]   11/20 14/2 14/9
shipments [6]   14/3 14/4 14/11 14/13 16/1 16/5
shipped [5]   7/16 9/24 10/3 10/9 10/11
shotgun [1]   12/7
should [1]   18/24
show [1]   15/10
Siati [4]   14/1 14/12 15/5 15/9
Sierra [1]   12/3
signature [3]   17/2 17/3 21/16
signatures [1]   16/25
signed [2]   17/5 18/1
sir [6]   3/2 4/11 6/4 6/13 17/4 18/11
Smith [1]   12/9
smuggle [1]   11/18
smuggling [2]   7/11 9/17
so [4]   3/14 3/20 19/16 20/17
some [5]   5/6 6/11 8/25 9/9 18/22
somebody [3]   5/2 17/7 18/20
sometimes [1]   3/6
SOUTHERN [2]   1/1 2/2
Spanish [2]   17/18 17/20
speak [3]   17/18 17/20 20/19
special [5]   7/6 7/10 7/13 7/18 7/22
specific [1]   21/2
Specifically [1]   11/25
specificity [1]   17/16
Sport [2]   15/17 16/12
Sporter [1]   12/2
Springfield [1]   12/17
stand [1]   2/22
starting [1]   2/8
state [4]   2/7 8/19 14/10 16/13
STATES [19]   1/1 1/4 1/11 1/13 2/6 2/10 7/11 7/20 8/4 8/23 9/17 9/23 10/10 10/22 11/1 11/19 16/6 16/16 20/6
status [2]   10/25 16/8
still [3]   19/9 19/20 19/24
Stipes [2]   1/20 21/15
stop [2]   3/12 3/20
store [3]   14/18 14/25 15/2
stream [1]   15/21
style [2]   15/13 15/22
subject [1]   6/21
subjected [1]   15/7
subpoenas [1]   6/2
such [4]   6/18 6/19 10/7 14/3
suggesting [1]   4/24
Suite [1]   1/14
summarize [1]   8/17
supervised [5]   7/5 7/9 7/13 7/17 7/22
supported [1]   20/9
sure [3]   3/9 3/13 5/7
surveillance [2]   14/17 14/19
swear [1]   2/16
sworn [3]   2/17 2/22 2/23
system [1]   8/15

**T**

Tactical [3]   12/7 12/15 15/16
talked [1]   8/6
talking [1]   18/17
tank [2]   13/10 13/15
tanks [9]   13/7 13/8 13/12 13/13 13/14 13/17 13/19 14/22 15/13
taped [1]   13/19
tell [1]   3/23
ten [2]   7/12 7/21
terms [1]   19/11
testify [3]   5/21 5/22 6/5
than [4]   3/6 8/11 13/22 19/23
that [71]
their [1]   3/18
them [7]   5/7 5/7 5/18 13/5 13/12 15/21 19/21
then [6]   13/6 13/11 13/18 13/24 14/9 15/12
there [10]   4/23 4/25 6/9 10/7 10/15 16/25 18/4 18/5 18/8 19/9
therefore [1]   20/11
Thereupon [4]   2/17 2/23 19/7 21/9
these [9]   3/10 3/18 4/15 4/19 5/6 13/3 13/17 15/20 16/15
they [4]   13/22 16/20 16/20 18/21
thing [1]   5/1
think [1]   19/4
third [4]   9/16 9/25 10/11 10/24
this [16]   11/11 11/21 14/23 16/16 16/19 17/10 17/24 18/1 18/4 18/17 19/9 19/11 19/12 20/5 20/21 21/8
those [2]   11/2 20/24
threat [1]   18/19
threaten [1]   18/13
threatened [2]   18/15 18/16
three [13]   7/5 7/8 7/12 7/17 7/21 9/4 9/11 9/18 10/17 12/15 15/17 16/25 19/6
through [2]   5/6 11/15
time [12]   3/18 5/3 9/8 10/21 10/24 14/19 14/20 16/5 17/22 19/5 20/24 21/5
times [1]   18/15
tinfoil [2]   13/5 15/19
TL [1]   12/16
TL-15 [1]   12/16
today [1]   11/12
today's [1]   17/3
together [1]   13/15
told [3]   18/21 18/24 18/25
TON [1]   12/3
Tonny [1]   14/10
took [1]   13/7
transcript [1]   21/11
translate [1]   17/7
translated [1]   17/8
transported [2]   10/10 10/12
traveled [1]   16/14
treated [2]   4/5 4/7
treatment [1]   21/3
trial [9]   5/4 5/13 6/9 6/10 6/11 11/10 11/12 16/17 16/20
true [1]   18/2
try [1]   8/25
two [8]   3/12 8/24 9/2 14/21 14/22 15/5 15/15 15/23
type [1]   4/9
typed [1]   17/2

**U**

U.S [1]   15/12
un [1]   15/23
un-serialized [1]   15/23
under [4]   3/2 4/9 10/22 11/1
underlying [1]   3/6
understand [26]
understanding [1]   19/15
understands [2]   4/19 19/8
understood [5]   3/16 3/19 17/16 17/21 19/4
UNITED [19]   1/1 1/4 1/11 1/13 2/6 2/10 7/11 7/20 8/4 8/23 9/17 9/23 10/10 10/22 10/25 11/19 16/6 16/16 20/6
unknown [1]   11/16
unlawful [2]   9/1 9/2
up [13]   4/24 5/4 5/7 6/10 7/5 7/8 7/8 7/9 7/12 7/16 7/21 19/2 21/4
upper [1]   15/17
UPS [2]   13/19 15/2
us [1]   3/13
use [2]   17/14 17/18
used [1]   3/4
using [1]   2/14

**V**

vacuum [2]   13/4 15/18
valuable [1]   6/18
vehicle [2]   14/24 15/2
versus [2]   2/6 20/6
very [2]   3/5 3/10
vicinity [1]   14/24
video [1]   14/20
view [1]   19/10
visa [4]   7/20 10/23 11/1 16/7

**V**

**visitor [1]**  16/7
**voluntarily [1]**  5/22
**voluntary [1]**  20/9
**vote [1]**  6/19
**VSKA [1]**  13/1

**W**

**waive [1]**  4/23
**waived [1]**  6/10
**waiving [1]**  5/7
**want [5]**  3/2 5/2 5/11 19/5
 21/6
**was [20]**  2/23 5/4 7/25 9/7
 9/22 10/1 10/7 10/9 10/11
 10/22 10/22 14/15 14/16
 15/10 16/6 16/7 16/9 18/24
 19/10 21/9
**wasn't [1]**  19/6
**way [3]**  8/25 18/12 18/22
**ways [1]**  19/6
**we [11]**  2/13 2/14 2/18 3/13
 17/12 17/12 17/15 17/16 19/2
 20/17 21/8
**weigh [1]**  13/22
**weighed [1]**  13/22
**weld [1]**  13/14
**welding [3]**  13/12 14/23
 15/19
**welds [1]**  13/16
**well [2]**  6/10 18/23
**went [3]**  17/12 17/15 17/16
**were [14]**  2/17 10/15 13/13
 15/6 15/18 15/24 16/13 16/16
 16/19 17/6 18/1 18/2 18/16
 19/1
**Wesson [1]**  12/9
**West [1]**  1/20
**what [14]**  3/21 3/25 4/2 7/25
 8/1 8/10 11/5 11/6 16/19
 16/20 16/24 17/1 17/5 18/18
**wheel [1]**  14/22
**whether [2]**  19/18 19/19
**which [9]**  5/14 6/11 6/14 7/1
 8/18 10/6 11/2 16/3 20/20
**who [5]**  2/12 10/12 10/12
 10/22 18/25
**Why [1]**  19/2
**will [12]**  3/13 6/9 6/9 6/17
 8/20 17/24 20/14 20/15 20/17
 20/19 21/5 21/8
**willfully [2]**  9/3 9/16
**wish [1]**  2/19
**withdraw [2]**  19/21 19/25
**within [2]**  3/18 20/24
**without [7]**  7/7 9/10 11/18
 11/20 15/14 15/16 15/23
**witnessed [1]**  15/4
**witnesses [3]**  5/5 5/18 6/5
**word [2]**  16/23 16/24
**would [13]**  3/15 3/18 5/14
 6/24 8/17 11/8 11/9 11/12
 16/15 19/12 19/20 19/24
 19/25
**wrapped [4]**  13/5 13/11 15/19
 15/19
**writing [1]**  19/19

**written [4]**  4/13 10/14 14/12
 20/14
**wrong [1]**  4/25

**X**

**X-ray [2]**  13/23 15/7
**XDM [2]**  15/15 16/11

**Y**

**years [11]**  4/1 7/5 7/5 7/8
 7/9 7/12 7/12 7/16 7/17 7/21
 7/21
**yes [33]**
**York [1]**  14/10
**you [106]**
**you've [1]**  5/1
**your [66]**
**yourself [1]**  8/1